**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.9 (rev. 1.9)**
**Eastern Division**

Sumaya Hussein

Plaintiff,

v.                                                                    Case No.: 1:26–cv–05705
                                                                      Honorable John F. Kness

Raw Elements CA LLC

Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Monday, June 22, 2026:

MINUTE entry before the Honorable John F. Kness: Defendant's unopposed motion for extension of time [8] is granted. Defendant must answer or otherwise respond to Plaintiff's complaint on or before 7/21/2026. Mailed notice. (exr, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.